Patricia Elise Weeks
Weeks & Gonzalez
400 Magazine Street, Ste 200
New Orleans LA 70130

Donald T. Carmouche
Talbot, Carmouche, et al
P. O. Box 759
Gonzales LA 70707-0759

Martin Bofill Duhe
Attorney at Law
25 Paradise Woods
New Iberia LA 70563

Robert Clauson Vines
Attorney at Law
300 Boas Avenue
New Iberia La 70563

Patrick Craig Morrow  Sr.
Morrow, Morrow
P. O. Box 1787
Opelousas LA 70570

James P. Ryan
Morrow & Morrow
P.O. Drawer 1787
Opelousas LA 70571-7090

**REHEARING ACTION: January 9, 2008**

**Docket Number: 06   01557-CA**

**LEJEUNE BROTHERS, INC.**
**VERSUS**
**GOODRICH PETROLEUM CO., LLC., ET AL.**

**Appealed from Iberia Parish Case No. 101228-H**

**BEFORE JUDGES:**

**Hon. Sylvia R. Cooks**
**Hon. Oswald A. Decuir**
**Hon. James T. Genovese**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Lejeune Brothers, Inc.** has this day been

**DENIED.**
Decuir, J., would grant.

cc: Scott C. Sinclair, Counsel for the Appellee
    D. Reardon Stanford, Counsel for the Appellee
    Stanley B. Blackstone, Counsel for the Appellee
    William Gary Davis, Counsel for the Appellee

**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**